IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DEBRA HAYBARGER, )<br>      Plaintiff, )<br>)<br>v. )<br>)<br>LAWRENCE COUNTY ADULT PROBATION )<br>AND PAROLE, ET AL., )<br>      Defendants. ) | Civil Action No. 06-862 |

### ORDER

AND NOW, this 4th day of June, 2007, upon consideration of plaintiff's motion to set aside stay [document #30], IT IS HEREBY ORDERED that the motion is GRANTED.

IT IS FURTHER ORDERED that plaintiff's response to defendant Lawrence County Adult Probation and Parole's Motion for Summary Judgment Following Discovery on Federal Funding [document #31] and pleadings in support shall be filed on or before July 9, 2007.

IT IS FURTHER ORDERED that any reply to a response shall be filed on or before July 24, 2007.

BY THE COURT,

_____
Gary L. Lancaster,
United States District Judge

cc:   all parties of record