IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DEBRA HAYBARGER, | : |
|                       *Plaintiff* | :   CIVIL ACTION |
| | :   NO. 06-CV-862 |
| vs. | : |
| LAWRENCE COUNTY ADULT PROBATION AND PAROLE | :   HON. GARY L. LANCASTER |
|                       *Defendant* | : |

## ORDER

AND NOW, this 16th day of Feb, 2010, upon consideration of Defendants' Motion for Leave to File Documents Under Seal, it is hereby ORDERED that said Motion is GRANTED. Defendants' Appendix pages A-30-32, A-120-121, and A-145-146 and pages 51 through 52 of Defendants' Concise Statement of Fact shall be filed under seal with the Court.

BY THE COURT:

_____ J.