IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DEBRA HAYBARGER, | : | |
| | : | CIVIL ACTION |
| *Plaintiff* | : | |
| | : | NO. 06-CV-862 |
| vs. | : | |
| | : | |
| LAWRENCE COUNTY ADULT PROBATION | : | HON. GARY L. LANCASTER |
| AND PAROLE, *et al.* | : | |
| *Defendants* | : | |

## ORDER

AND NOW, this 16th day of March, 2010, upon consideration of Plaintiff's Motion for Leave to File Documents Under Seal, it is hereby ORDERED that said Motion is GRANTED. Plaintiff's Exhibit 1 of Plaintiff's Opposition to Defendant's Motion for Summary Judgment shall be filed under seal with the Court.

BY THE COURT:

_____, C.J.

1