IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

DEBRA HAYBARGER )
    Plaintiff, )
)
v. ) Civil Action No. 06-862
)
LAWRENCE COUNTY ADULT )
PROBATION AND PAROLE, COUNTY )
OF LAWRENCE, WILLIAM MANCINO, )
in his individual and )
official capacities, )
    Defendant. )

## ORDER

AND NOW, this 19 day of July, 2010, upon consideration of defendant Lawrence County Adult Probation and Parole's motion to exclude evidence of punitive damages, [Doc. No. 105], IT IS HEREBY ORDERED THAT the motion is GRANTED.

BY THE COURT,

/s/ *signature*, C.J.

cc: All counsel of record