IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DEBRA HAYBARGER ) | |
|      Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-862 |
| ) | |
| LAWRENCE COUNTY ADULT ) | |
| PROBATION AND PAROLE, COUNTY ) | |
| OF LAWRENCE, WILLIAM MANCINO, ) | |
| in his individual and ) | |
| official capacities, ) | |
|      Defendant. ) | |

ORDER

AND NOW, this 19 day of July, 2010, upon consideration of

defendant Lawrence County Adult Probation and Parole's motion to

preclude Ms. Haybarger from introducing or referring at trial to

any evidence regarding an alleged failure to provide reasonable

accommodation, [Doc. No. 107], IT IS HEREBY ORDERED THAT the motion

is DENIED.

BY THE COURT,

_____, C.J.

cc:  All counsel of record