IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DEBRA HAYBARGER | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-862 |
| | ) | |
| LAWRENCE COUNTY ADULT | ) | |
| PROBATION AND PAROLE, COUNTY | ) | |
| OF LAWRENCE, WILLIAM MANCINO, | ) | |
| in his individual and | ) | |
| official capacities, | ) | |
| Defendant. | ) | |

## ORDER

AND NOW, this 19 day of July, 2010, upon consideration of Ms. Haybarger's motion in limine to preclude testimony or evidence of collateral benefits, [Doc. No. 114], IT IS HEREBY ORDERED THAT the motion is GRANTED.

BY THE COURT,

_____, C.J.

cc: All counsel of record