IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DEBRA HAYBARGER | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-862 |
| | ) | |
| LAWRENCE COUNTY ADULT PROBATION AND PAROLE, COUNTY OF LAWRENCE, WILLIAM MANCINO, in his individual and official capacities, | ) ) ) ) ) | |
|     Defendant. | ) | |

ORDER

AND NOW, this 23 day of July, 2010, upon consideration of Ms. Haybarger's motion in limine to preclude testimony or evidence of the medical conditions of plaintiff's former co-workers, [Doc. No. 115], IT IS HEREBY ORDERED THAT the motion is GRANTED.

BY THE COURT,

_____, C.J.

cc: All counsel of record