IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DEBRA HAYBARGER, | : | |
| | : | CIVIL ACTION |
| *Plaintiff* | : | |
| | : | NO. 06-CV-862 |
| vs. | : | |
| | : | |
| LAWRENCE COUNTY ADULT PROBATION | : | CHIEF JUDGE LANCASTER |
| AND PAROLE, *et al.* | : | |
| *Defendants* | : | |

**ORDER**

AND NOW, this 9th day of Sept, 2010, upon consideration of Plaintiff's Motion to Withdraw her Motion for Sanctions, it is hereby ORDERED that said Motion is GRANTED.

IT IS FURTHER ORDERED that Plaintiff's Motion to Vacate is DENIED AS MOOT.

BY THE COURT:

_____
CHIEF JUDGE LANCASTER

1