IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DEBRA HAYBARGER, | CIVIL ACTION |
| *Plaintiff* | NO. 06-CV-862 |
| vs. | |
| LAWRENCE COUNTY PROBATION & PAROLE, ET AL. | CHIEF JUDGE LANCASTER |
| *Defendant.* | |

## STIPULATION FOR DISMISSAL

AND NOW comes plaintiff, Debra Haybarger, and defendants, Lawrence County Probation and Parole and William Mancino in his official capacity, and hereby stipulate to the voluntary dismissal of the pending claims under the Rehabilitation Act pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Each party shall bear his or its own attorney fees and court costs. This Court will retain jurisdiction to enforce settlement. Nothing in this Stipulation shall affect claims under the FMLA against William Mancino, in his individual capacity, that were dismissed on summary judgment which plaintiff will seek an appeal.

Respectfully submitted,

| | |
|---|---|
| MORGAN & PAUL, PLLC | ADMINISTRATIVE OFFICE OF PA COURTS |
| /s/ Gregory G. Paul | /s/ A. Taylor Williams |
| GREGORY G. PAUL, ESQUIRE | A. TAYLOR WILLIAMS, ESQUIRE |
| PA ID Number: 83334 | PA ID Number: 33149 |
| 409 Broad Street, Suite 270 | 1515 Market Street, Suite 1414 |
| Sewickley, PA 15143 | Philadelphia, PA 19102 |
| (412) 259-8375 | (215) 560-6300 |
| (888) 822-9421 (facsimile) | (215) 560-5486 (facsimile) |
| gregpaul@morgan-paul.com | legaldepartment@pacourts.us |

SO ORDERED, this 25th day of August, 2010.

_____, C.J.
Hon. Gary L. Lancaster, Chief United States District Judge