IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DEBRA HAYBARGER, | CIVIL ACTION |
| *Plaintiff* | NO. 06-CV-862 |
| vs. | |
| LAWRENCE COUNTY ADULT PROBATION AND PAROLE, *et al.* | CHIEF JUDGE LANCASTER |
| *Defendants* | |

## ORDER

AND NOW, this 1st day of Nov, 2011, upon consideration of the Stipulation to Dismiss *with prejudice* of the claims under the Rehabilitation Act, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), IT IS HEREBY ORDERED that the Stipulation is GRANTED and said claims are DISMISSED WITH PREJUDICE.

BY THE COURT:

_____
CHIEF JUDGE LANCASTER

1