IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DEBRA HAYBARGER, | CIVIL ACTION |
| Plaintiff, | No.: 2:06-cv-00862 |
| v. | Honorable Gary L. Lancaster |
| WILLIAM MANCINO, | *ELECTRONICALLY FILED* |
| Defendant. | |

### ORDER

AND NOW, this 7th day of May, 2012, upon consideration of the within, Defendant William Mancino's, in his individual and official capacities, Motion for Leave to File Supplemental Brief in Support of Motion for Summary Judgment, it is hereby

ORDERED, ADJUDGED and DECREED that Motion is GRANTED. Defendant's brief shall be filed on or before June 1, 2012. Plaintiff's response thereto shall be filed on or before June 29, 2012.

BY THE COURT:

_____ J.