# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

DEBRA HAYBARGER,                              CIVIL ACTION

      Plaintiff                              No.: 2:06-cv-00862

      v.                                     Honorable Gary L. Lancaster

WILLIAM MANCINO,                             ***ELECTRONICALLY FILED***

      Defendant.

## ORDER OF COURT

AND NOW, this  30th  day of January, 2013, upon consideration of Defendant William

Mancino's Motion to Continue Trial Date, and Defendant's Notice of Appeal of this Court's

Memorandum and Order, dated January 25, 2013, IT IS HEREBY ORDERED that Defendant's

Motion to Continue Trial Date [document #180] is GRANTED until further order of court.

BY THE COURT:

s/Gary L. Lancaster

_____,C.J.

Hon. Gary L. Lancaster,
Chief United States District Judge