IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

DEBRA HAYBARGER,

*Plaintiff*

vs.

WILLIAM MANCINO, in his
Individual capacity,

*Defendant.*

CIVIL ACTION

NO. 06-CV-862

CHIEF JUDGE LANCASTER

## STIPULATION FOR DISMISSAL

The parties hereby stipulate to the voluntary dismissal with prejudice of this action pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Each party shall bear his or its own attorney fees and court costs.

Respectfully submitted,

MORGAN & PAUL, PLLC

/s/ Gregory G. Paul
GREGORY G. PAUL, ESQUIRE
PA ID Number: 83334
409 Broad Street
Suite 270
Sewickley, PA 15143
(412) 259-8375
(888) 822-9421 (facsimile)
gregpaul@morgan-paul.com

/s/ Edmond R. Joyal
Edmond R. Joyal, Jr., Esquire
Law Office of Joseph S. Weimer
975 Two Chatham Center
Pittsburgh, PA 15219

SO ORDERED, this 28th day of February, 2013.

_____,C.J.
Hon. Gary L. Lancaster, Chief U.S. District Judge